Dora V. Lane, Esq., Nevada Bar No. 8424
dlane@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | **CASE NO.:  3:12-cv-00589** |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| L. PAULETTE WHITE POWELL, MICHELLE BYRD, ERIC LAWRENCE MICHAEL, ROBIN POWELL, NICOLE POWELL MITCHELL AND C & J FINANCIAL, L.L.C., | |
| Defendants. | |

*(left margin, vertical text)* HOLLAND & HART LLP  5441 KIETZKE LANE  SECOND FLOOR  RENO, NV 89511

IT IS HEREBY STIPULATED by and between the parties, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned matter brought by Plaintiff Metropolitan Life Insurance Company ("MetLife") is hereby dismissed *with prejudice*, subject to the terms and conditions set forth below.

The proceeds of Lawrence Michael Powell's ("Mr. Powell") life insurance policy, in the amount of $20,248.00, shall be distributed as follows:

1. A payment of $6,300.00 will be remitted to Chester Cary, II, Lotts Mortuary, 2434 Martin Luther King, Jr. Blvd., Dallas, Texas 75215, within ten (10) days after entry of the order approving this Stipulation.

2. MetLife will retain $5,000.00 as compensation for attorney's fees and costs incurred in this lawsuit.

3. Pursuant to a prior agreement of the parties, on or about April 9, 2013, a check in

1

1    the amount of $2,758.62 was distributed to C&J Financial, LLC for their services on behalf of

2    Mr. Powell.

3        4.    MetLife will remit the remaining balance of the life insurance policy, in the

4    amount of $6,189.38, to L. Paulette White Powell, within ten (10) days after entry of the order

5    approving this Stipulation.

6        5.    The parties further agree and stipulate that, except as otherwise provided in this

7    Stipulation, each party shall bear its own costs, expenses, and any remaining attorneys' fees

8    related to this action.

9    RESPECTFULLY SUBMITTED:

10   Dated: July 11, 2013

        By: _____
11          Dora V. Lane, Esq.
12          Holland & Hart
            5441 Kietzke Lane, Second Floor
13          Reno, Nevada  89511
            Telephone: (775) 327-3000
14          Facsimile: (775) 786-6179

15          *Attorney for Plaintiff*
            *Metropolitan Life Insurance Company*

16   Dated: July 11, 2013

17      By: _____
18          L. Paulette White-Powell
            paulettewhi2003@yahoo.com

19   Dated: July ___, 2013

20      By: _____
21          Eric Lawrence Powell (aka Eric Sydney)
            1514 Oregon St., Apt. E
22          Berkley, CA 94703

23   Dated: July ___, 2013

24      By: _____
            Robin Powell-Greer
25          Powell4083@yahoo.com

26
27   ///
28   ///

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

2

1  the amount of $2,758.62 was distributed to C&J Financial, LLC for their services on behalf of

2  Mr. Powell.

3      4.      MetLife will remit the remaining balance of the life insurance policy, in the

4  amount of $6,189.38, to L. Paulette White Powell, within ten (10) days after entry of the order

5  approving this Stipulation.

6      5.      The parties further agree and stipulate that, except as otherwise provided in this

7  Stipulation, each party shall bear its own costs, expenses, and any remaining attorneys' fees

8  related to this action.

9  RESPECTFULLY SUBMITTED:

10  Dated: July ___, 2013

11  By: _____

12  Dora V. Lane, Esq.
   Holland & Hart

13  5441 Kietzke Lane, Second Floor
   Reno, Nevada 89511

14  Telephone: (775) 327-3000
   Facsimile: (775) 786-6179

15  *Attorney for Plaintiff*
   *Metropolitan Life Insurance Company*

16  Dated: July ___, 2013

17  By: _____

18  L. Paulette White-Powell
   paulettewhi2003@yahoo.com

19  Dated: July _ll_, 2013

20  By: _____

21  Eric Lawrence Powell (aka Eric Sydney)
   1514 Oregon St, Apt. E

22  Berkley, CA 94703

23  Dated: July ___, 2013

24  By: _____

25  Robin Powell-Greer
   Powell4083@yahoo.com

26

27  ///

28  ///

2

1 the amount of $2,758.62 was distributed to C&J Financial, LLC for their services on behalf of
2 Mr. Powell.
3     4.    MetLife will remit the remaining balance of the life insurance policy, in the
4 amount of $6,189.38, to L. Paulette White Powell, within ten (10) days after entry of the order
5 approving this Stipulation.
6     5.    The parties further agree and stipulate that, except as otherwise provided in this
7 Stipulation, each party shall bear its own costs, expenses, and any remaining attorneys' fees
8 related to this action.
9 RESPECTFULLY SUBMITTED:
10 Dated: July ___, 2013
11 By:_____
    Dora V. Lane, Esq.
12     Holland & Hart
    5441 Kietzke Lane, Second Floor
    Reno, Nevada 89511
13     Telephone: (775) 327-3000
    Facsimile: (775) 786-6179
14
15     *Attorney for Plaintiff*
    *Metropolitan Life Insurance Company*
16 Dated: July ___, 2013
17 By: _____
18     L. Paulette White-Powell
    paulettewhi2003@yahoo.com
19 Dated: July ___, 2013
20 By: _____
21     Eric Lawrence Powell (aka Eric Sydney)
    1514 Oregon St., Apt. E
22     Berkley, CA 94703
23 Dated: July 11, 2013
24 By: _____
25     Robin Powell-Greer
    Powell4083@yahoo.com
26
27 ///
28 ///

    HOLLAND & HART LLP
    5441 KIETZKE LANE
    SECOND FLOOR
    RENO, NV 89511

Dated: July 23, 2013

By: _____
Michelle Byrd
4101 Toddika Lane
Castro Valley, CA 94546

Dated: July ___, 2013

By: _____
Nicole Powell
4019 Big Sage Dr.
Atlanta, GA 30346

**IT IS SO ORDERED:**

Dated: _____, 2013.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

3

Dated: July ___, 2013

By: _____
   Michelle Byrd
   4101 Toddika Lane
   Castro Valley, CA 94546

Dated: July 14, 2013

By: _____
   Nicole Powell
   4019 Big Sage Dr.
   Atlanta, GA 30346

**IT IS SO ORDERED:**

Dated: July 26, _____, 2013.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

3

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2013, I served a copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** on all parties, to the following by:

☐ Certified Mail, Return Receipt Requested
☐ Hand Delivery
☐ Fax
☒ U.S. Mail or E-mail (as indicated below)

L. Paulette White-Powell
*By E-mail to:* paulettewhi2003@yahoo.com

Eric Lawrence Powell (aka Eric Sydney)
1514 Oregon St., Apt. E
Berkley, CA 94703

Robin Powell-Greer
By E-mail to: Powell4083@yahoo.com

Michelle Byrd
4101 Toddika Lane
Castro Valley, CA 94546

Nicole Powell
4019 Big Sage Dr.
Atlanta, GA 30346

/s/ Marcia Filipas
Marcia Filipas

6285484_1

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

4