Dora V. Lane, Esq., Nevada Bar No. 8424
dlane@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>L. PAULETTE WHITE POWELL, MICHELLE BYRD, ERIC LAWRENCE MICHAEL, ROBIN POWELL, NICOLE POWELL MITCHELL AND C & J FINANCIAL, L.L.C.,<br><br>Defendants. | CASE NO.: 3:12-cv-00589<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned matter brought by Plaintiff Metropolitan Life Insurance Company ("MetLife") is hereby dismissed *with prejudice*, subject to the terms and conditions set forth below.

The proceeds of Lawrence Michael Powell's ("Mr. Powell") life insurance policy, in the amount of $20,248.00, shall be distributed as follows:

1. A payment of $6,300.00 will be remitted to Chester Cary, II, Lotts Mortuary, 2434 Martin Luther King, Jr. Blvd., Dallas, Texas 75215, within ten (10) days after entry of the order approving this Stipulation.

2. MetLife will retain $5,000.00 as compensation for attorney's fees and costs incurred in this lawsuit.

3. Pursuant to a prior agreement of the parties, on or about April 9, 2013, a check in

1

1  the amount of $2,758.62 was distributed to C&J Financial, LLC for their services on behalf of
2  Mr. Powell.

3      4.    MetLife will remit the remaining balance of the life insurance policy, in the
4  amount of $6,189.38, to L. Paulette White Powell, within ten (10) days after entry of the order
5  approving this Stipulation.

6      5.    The parties further agree and stipulate that, except as otherwise provided in this
7  Stipulation, each party shall bear its own costs, expenses, and any remaining attorneys' fees
8  related to this action.

9  RESPECTFULLY SUBMITTED:

10  Dated: July 11, 2013

By: *Dora Lane* (signature)
Dora V. Lane, Esq.
Holland & Hart
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorney for Plaintiff*
*Metropolitan Life Insurance Company*

16  Dated: July 11, 2013

By: *L. Paulette White-Powell* (signature)
L. Paulette White-Powell
paulettewhi2003@yahoo.com

19  Dated: July ___, 2013

By: _____
Eric Lawrence Powell (aka Eric Sydney)
1514 Oregon St., Apt. E
Berkley, CA 94703

23  Dated: July ___, 2013

By: _____
Robin Powell-Greer
Powell4083@yahoo.com

///

///

2

the amount of $2,758.62 was distributed to C&J Financial, LLC for their services on behalf of Mr. Powell.

4. MetLife will remit the remaining balance of the life insurance policy, in the amount of $6,189.38, to L. Paulette White Powell, within ten (10) days after entry of the order approving this Stipulation.

5. The parties further agree and stipulate that, except as otherwise provided in this Stipulation, each party shall bear its own costs, expenses, and any remaining attorneys' fees related to this action.

RESPECTFULLY SUBMITTED:

Dated: July ___, 2013

By: _____
Dora V. Lane, Esq.
Holland & Hart
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorney for Plaintiff*
*Metropolitan Life Insurance Company*

Dated: July ___, 2013

By: _____
L. Paulette White-Powell
paulettewhi2003@yahoo.com

Dated: July 11, 2013

By: _____
Eric Lawrence Powell (aka Eric Sydney)
1514 Oregon St, Apt. E
Berkley, CA 94703

Dated: July ___, 2013

By: _____
Robin Powell-Greer
Powell4083@yahoo.com

///
///

2

the amount of $2,758.62 was distributed to C&J Financial, LLC for their services on behalf of Mr. Powell.

4. MetLife will remit the remaining balance of the life insurance policy, in the amount of $6,189.38, to L. Paulette White Powell, within ten (10) days after entry of the order approving this Stipulation.

5. The parties further agree and stipulate that, except as otherwise provided in this Stipulation, each party shall bear its own costs, expenses, and any remaining attorneys' fees related to this action.

RESPECTFULLY SUBMITTED:

Dated: July ___, 2013

By: _____
Dora V. Lane, Esq.
Holland & Hart
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorney for Plaintiff*
*Metropolitan Life Insurance Company*

Dated: July ___, 2013

By: _____
L. Paulette White-Powell
paulettewhi2003@yahoo.com

Dated: July ___, 2013

By: _____
Eric Lawrence Powell (aka Eric Sydney)
1514 Oregon St., Apt. E
Berkley, CA 94703

Dated: July 11, 2013

By: _____
Robin Powell-Greer
Powell4083@yahoo.com

///

///

2

Dated: July 23, 2013

By: /s/ Michelle Byrd
Michelle Byrd
4101 Toddika Lane
Castro Valley, CA 94546

Dated: July ___, 2013

By: _____
Nicole Powell
4019 Big Sage Dr.
Atlanta, GA 30346

**IT IS SO ORDERED:**

Dated: _____, 2013.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

3

1 | Dated: July ___, 2013

2 | By: _____
3 | Michelle Byrd
3 | 4101 Toddika Lane
3 | Castro Valley, CA 94546

4 | Dated: July 16, 2013

5 |
6 | By: _Nicole Powell Mitchell_
6 | Nicole Powell
7 | 4019 Big Sage Dr.
7 | Atlanta, GA 30346

**IT IS SO ORDERED:**

Dated: July 26, 2013.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

3

# CERTIFICATE OF SERVICE

I certify that on July 25, 2013, I served a copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** on all parties, to the following by:

☐ Certified Mail, Return Receipt Requested
☐ Hand Delivery
☐ Fax
☒ U.S. Mail or E-mail (as indicated below)

L. Paulette White-Powell
*By E-mail to:* paulettewhi2003@yahoo.com

Eric Lawrence Powell (aka Eric Sydney)
1514 Oregon St., Apt. E
Berkley, CA 94703

Robin Powell-Greer
By E-mail to: Powell4083@yahoo.com

Michelle Byrd
4101 Toddika Lane
Castro Valley, CA 94546

Nicole Powell
4019 Big Sage Dr.
Atlanta, GA 30346

/s/ Marcia Filipas
Marcia Filipas

6285484_1

4